UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CR48 HEA |
| | ) | |
| MICHAEL VICK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Monday, April 12, 2010, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 8th day of April, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE